Ruth E. Miller and Carl J. Miller, Plaintiffs-Appellants, v. Roy C. Dexheimer, Jr., Doing Business as Moonlight Garden Skating Rink, and Other Unknown Owners, Defendants-Appellees.

Gen. No. 10,410. 

Third District.

October 22, 1962.

 Greening & Grummon (Richard R. Grummon, of counsel), of Springfield, for appellants; Giffin, Winning, Lindner & Newkirk (Alfred F. Newkirk and Robert S. Cohen, of counsel), of Springfield, for appellees. Opinion by JUDGE ROETH. **Not to be published in full.**